No. 02–6798. PENIGAR v. KLEIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–6816. SPEARS v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 02–6817. WILLIAMS v. WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–6818. THOMPSON v. BOUCHARD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–6819. WRIGHT v. CASTRO, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–6843. GAUDET v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–6854. MCCLAINE BEY v. BOUCHARD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–6866. LOCKHART v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–6887. AIKENS v. DRAGOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CAMP HILL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–6890. SMITH v. SOLOMON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–6910. WELLS v. HOOKS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–6945. HOGAN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–6952. HUGGINS v. BOYETTE, CORRECTIONAL ADMINISTRATOR I, NASH CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 02–6966. PACE WHITE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–6999. PRESLEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.